UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America,
        Plaintiff

                v.                                    Case No.  09-cr-15-01-SM

Mark Francis,
        Defendant

O R D E R

Defendant Mark Francis's motion to continue the trial is granted

(document no. 17).   Trial has been rescheduled for the month of June  2009.

Defendant shall file a waiver of speedy trial rights not later than March 19, 2009.

On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance

outweigh the best interest of the public and the defendant in a speedy trial,

18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would

unreasonably deny the defendant the reasonable time necessary for effective

preparation taking into account the exercise of due diligence under the

circumstances.

Final Pretrial Conference  is scheduled for June 5, 2009 at 3:00 p.m.

Jury selection will take place on June  16, 2009 at 9:30 a.m.

SO ORDERED.

Steven J. McAuliffe
Chief Judge

March 5, 2009

cc:    Jorel Booker, Esq.
       Rudolph Miller, Esq.
       Terry Ollila, AUSA
       U.S. Marshal
       U.S. Probation